Daniel G. Kim, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

SELPA CONSTRUCTION & RENTAL
EQUIPMENT CORPORATION,
Appellant,

v.

Patrick R. DONAHOE, Postmaster
General, Appellee.

No. 2011–1316.

United States Court of Appeals,
Federal Circuit.

Feb. 9, 2012.

Stuart A. Weinstein–Bacal, Weinstein–Bacal & Miller, P.S.C., of Old San Juan, PR, argued for appellant.

William J. Grimaldi, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Harold D. Lester, Jr., Assistant Director.

RADER, Chief Judge, LINN, Circuit Judge and FOGEL, District Judge.[1]

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

---

1. Honorable Jeremy D. Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.

ORDERED and ADJUDGED:

**AFFIRMED.** *See Fed. Cir. R. 36.*